296 U.S. 588
 56 S.Ct. 99
 80 L.Ed. 416
 PEOPLE OF THE STATE OF NEW YORK, ex rel. FEDERAL MOTOR TRUCK CO., OF NEW YORK, Inc., petitioner,
v.
Thomas M. LYNCH et al., as and Constituting the State Tax Commission of New York.*
 No. 131.
 Supreme Court of the United States
 October 14, 1935
 
 Mr. Howard A. Sperry, of New York City, for petitioner.
 
 
 1
 For decision below, see 264 N. Y. 679, 191 N. E. 623.
 
 
 2
 Petition for writ of certiorari to the Supreme Court of the State of New York denied.
 
 
 
 *
 Rehearing denied 296 U. S. 662, 56 S. Ct. 167, 80 L. Ed. 472.